UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLIFFORD GREENE,

    Plaintiff,

v.

ROBERT HALF INTERNATIONAL, INC.

    Defendant.

Case No. C05-443L

ORDER GRANTING MOTION TO STRIKE SECOND AMENDED APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    This matter comes before the Court on the "Motion to Strike Second Amendment Filing of Application to Proceed *In Forma Pauperis*" (Dkt. # 8) filed by plaintiff, Clifford Greene. Mr. Greene's motion is GRANTED,[1] and the clerk of the court is directed to STRIKE the "Application to Proceed *In Forma Pauperis*, Supporting Documentation and Order Second Amendment" (Dkt. # 6).

    DATED this 28th day of April, 2005.

                                                       /s/ Robert S. Lasnik
                                                   Robert S. Lasnik
                                                   United States District Judge

---

[1] Mr. Greene's initial application to proceed *in forma pauperis* was granted on March 23, 2005 (Dkt. # 3).

ORDER GRANTING MOTION TO STRIKE
SECOND AMENDED APPLICATION TO
PROCEED *IN FORMA PAUPERIS*