1
2
3
4
5
6
7   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
8   AT SEATTLE
9   CLIFFORD GREENE,
10       Plaintiff,                           Case No. C05-443L
11   v.                                       ORDER REGARDING SERVICE OF
                                              PROCESS
12   ROBERT HALF INTERNATIONAL, INC.
13       Defendant.
14

15   Plaintiff is proceeding *pro se* against Robert Half International, Inc. for employment

16 discrimination in violation of federal and state laws. His application to proceed *in forma*

17 *pauperis* was approved on March 23, 2005, and his Complaint was filed on that date. On April

18 26, 2005, plaintiff filed a "Motion to Commence Process of Service of Summons" (Dkt. # 7).

19   As a general matter, the Court attempts to serve process by mail on behalf of litigants in

20 plaintiff's position. A review of the record, however, shows that plaintiff has not provided an

21 accurate or complete mailing address for defendant. It is plaintiff's responsibility to provide all

22 necessary information for the Court to effect service of process on defendant, including

23 defendant's mailing address. See Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990).

24 Because service usually must be accomplished within 120 days of the filing of the Complaint

25 (see Fed. R. Civ. P. 4(m)), plaintiff is hereby ORDERED to provide an accurate and complete

26 mailing address for defendant Robert Half International, Inc. within **30 days** from the date of

ORDER REGARDING SERVICE OF
PROCESS

1  this Order.  Failure to comply may result in dismissal of this action without prejudice.

3       DATED this 28th day of April, 2005.

*[signature: MW S Lasnik]*
Robert S. Lasnik
United States District Judge

ORDER REGARDING SERVICE OF
PROCESS

-2-