UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLIFFORD GREENE,

    Plaintiff,

v.

ROBERT HALF INTERNATIONAL, INC.,

    Defendant.

Case No. C05-443L

ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT

This matter comes before the Court on *pro se* plaintiff Clifford Greene's unopposed motion to file second amended complaint (Dkt. # 17) and supporting documents. Mr. Greene's amendments appear to correct clerical errors in the previous filing and do not add any additional parties or include any new causes of action. Pursuant to the liberal amendment policies set forth in Fed. R. Civ. P. 15(a), Mr. Greene's motion to file second amended complaint (Dkt. # 17) is GRANTED.

DATED this 27th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
FILE SECOND AMENDED
COMPLAINT