UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD GREENE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT HALF INTERNATIONAL, INC.,<br><br>    Defendant. | CASE NO. C05-443L<br><br>ORDER DENYING MOTION TO SEAL DOCUMENTS |

This matter comes before the Court on plaintiff's "Motion to Seal Documents and Compel Defendant to Redact Confidential Information" (Dkt. # 26). Plaintiff indicates that defendant's initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) were filed with this Court on August 1, 2005. Plaintiff asserts that the initial disclosures listed his un-redacted social security number. Plaintiff requests that the Court seal these documents and require defendant to redact his social security number from any other documents filed with the Court.

A review of the docket in this matter indicates that defendants have not filed their initial disclosures with the Court.[1] The parties are reminded, however, that pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are

---

[1] Although some parties choose to file their 26(a)(1) initial disclosures with the Court, neither the Federal Rules of Civil Procedure nor the Local Rules require that they be filed. Compare Fed. R. Civ. P. 26(a)(1) with 26(a)(3).

ORDER DENYING MOTION TO
SEAL DOCUMENTS


1  to redact the following information from documents and exhibits before they are filed with the
2  Court:
3      *  Dates of Birth – redact to the year of birth;
4      *  Names of Minor Children – redact to the initials;
5      * Social Security Numbers – redact to the last four digits; and
6      *  Financial Accounting Information – redact to the last four digits.
7  All documents filed in this matter must comply with the Privacy Policy and General Order.  If
8  the parties have any questions about the policy or how to file any document, they may contact
9  the CM/ECF Helpdesk at 1-866-ECF-WAWD.
10     Because defendant has not filed the initial disclosures, or otherwise included plaintiff's
11 un-redacted social security number in any submissions, plaintiff's "Motion to Seal Documents
12 and Compel Defendant to Redact Confidential Information" is DENIED.
13
14     DATED this 8th day of August, 2005.
15
16
17                             /s/ Robert S. Lasnik
                              Robert S. Lasnik
18                               United States District Judge