UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD GREENE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HALF INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. C05-443L<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF A COURT REPORTER |

    This matter comes before the Court on plaintiff's "Motion for Appointment of Court Reporter for Depositions" (Dkt. # 35). The Court has no statutory authorization to commit federal money to provide a litigant proceeding in forma pauperis with a court reporter for depositions. See 28 U.S.C. § 1915(a)(1), (d); see also Tabron v. Grace, 6 F.3d 147, 158-59 (3d Cir.1993). The method of recording depositions is governed by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 30(b). IT IS HEREBY ORDERED that plaintiff's motion for appointment of a court reporter is DENIED.

    DATED this 20th day of April, 2005.

                             /s/ Robert S. Lasnik
                             Robert S. Lasnik
                             United States District Judge