UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD GREENE,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT HALF INTERNATIONAL, INC.,<br><br>    Defendant. | Case No.  C05-443L<br><br>ORDER ON MOTION TO WITHDRAW JURY DEMAND |

This matter comes before the Court on plaintiff's "Motion to Withdraw Jury Demand" (Dkt. # 39). Defendant joins in the request (Dkt. # 41). Upon review of these materials, IT IS HEREBY ORDERED that plaintiff's motion for to withdraw jury demand is GRANTED.

DATED this 12th day of June, 2006.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER ON MOTION TO
WITHDRAW JURY DEMAND                    1