UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLIFFORD GREENE,

   Plaintiff,

   v.

ROBERT HALF INTERNATIONAL, INC.,

   Defendant.

Case No.  C05-443RSL

ORDER TO SEAL DOCUMENTS
AND FILE REDACTED COPIES
OF SEALED DOCUMENTS

This matter comes before the Court *sua sponte*. Defendant filed a motion for summary judgment; one of the exhibits to its reply contains private and personal information that needs to be redacted from public documents.

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers - redact to the last four digits

* Financial Accounting Information - redact to the last four digits

The General Order was issued by the court pursuant to the official policy on privacy

ORDER TO SEAL AND
FILE REDACTED COPIES - 1

1  adopted by the Judicial Conference of the United States and can be found on the court's website
2  at http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must
3  comply with the Privacy Policy and the General Order.

4      In order to restrict access to the private and confidential information that has already
5  made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to
6  seal the exhibits to the Declaration of Megan Corpuz, Dkt. #51-2, in the above-captioned matter.
7  The parties are directed to promptly review all previously filed documents to ensure that they do
8  not contain additional information that should have been redacted.  The parties shall make every
9  effort to avoid such public disclosures of confidential information in the future.

10     As a result of the improper filings, a substantial portion of the record is now sealed,
11 which is inconsistent with the public's right of access.  Defendant is therefore ORDERED to
12 file, within ten days of the date of this order, a redacted copy of the declaration and exhibits
13 which have been sealed in this case.  If the parties have any questions about the Privacy Policy
14 and the General Order or need assistance in filing and properly labeling the redacted copies, they
15 should contact the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

17     DATED this 31st day of July, 2006.

*[signature: MNT S Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER TO SEAL AND
FILE REDACTED COPIES - 2